**Order filed November 19, 2015.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-15-00398-CR**
**NO. 14-15-00399-CR**
**NO. 14-15-00400-CR**

_____

**SANDRA F. BERRY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 185th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1462961**

## ORDER

Appellant is represented by appointed counsel, Randall J. Ayers. Appellant's brief was originally due July 20, 2015. We have granted a total of 105 days to file appellant's brief until November 2, 2015. When we granted the last extension, we noted that no further extensions would be granted absent exceptional circumstances. No brief was filed. We notified the parties on November 4, 2015,

that if appellant did not file a motion for extension of time to file the brief within 10 days, the court would take appropriate action. On November 16, 2015, counsel filed a further request for extension of time to file appellant's brief. Counsel did not allege any exceptional circumstances in the request.

We deny the request for extension and issue the following order.

Accordingly, we order Randall J. Ayers to file a brief with the clerk of this court on or before **December 1, 2015**. If counsel does not timely file appellant's brief as ordered, the court will issue an order abating the appeal and directing the trial court to conduct a hearing to determine the reason for the failure to file the brief and the consideration of sanctions, appointment of new counsel, or other appropriate relief.

PER CURIAM

Panel consists of Boyce, Jamison, and Busby.